# STATE OF MISSISSIPPI UNIFORM CRASH REPORT

**Agency Number:** 2504
**Agency Case Number:** 20110004863 1
**Page:** 01 of 06

**Agency Name:** JACKSON POLICE DEPT
**G1. County:** 25
**G2. Status Code:** ● C  ○ P  ○ U

**G3. Reported Date (MM/DD/YYYY):** 03/19/2011
**G4. Reported Time (2400):** 1301
**G5. Officer Time — Arrival Time (2400):** 1303
**10-24 Time (2400):** 1543
**G6. Vehicles:** 01
**G7. Killed:** 02
**G8. Injured:** 09

**G9. Address Number:**
**G10. Street Name:**
**G11. Hwy/County Road #:** 220
**G12. Trafficflow Direction:** ● N  ○ E  ○ S  ○ W

**G13. Int.:** ○ Y  ● N
**G14. Distance:** 929.00
**G15. Direction:** ○ N  ● E  ○ S  ○ W  ● F  ○ M
**G16. Intersecting Street Name:**
**G17. Int. Hwy/County Road #:** 80

**G18. City Name:** JACKSON
**G19. Latitude:** N 32 18.358
**G20. Longitude:** W 090 14.456

## G21. First Harmful Event

**Crash with OMV in Road:**
- ○ Rear end slow or stop
- ○ Rear end turn
- ○ Left turn same roadway
- ○ Left turn cross traffic
- ○ Right turn cross traffic
- ○ Head on
- ○ Sideswipe
- ○ Angle
- ○ Hit and run

**Non-Crash in Road:**
- ○ Overturn
- ○ Jackknife
- ○ Fell from vehicle
- ● Other

**Crash of MV in Road with:**
- ○ Pedestrian
- ○ Parked Vehicle
- ○ Train
- ○ Bicyclist
- ○ Deer
- ○ Animal (other than deer)

**Fixed Object:**
- ○ Bridge/Culvert
- ○ Embankment/Ditch/Curb
- ○ Guardrail/Median Barrier
- ○ Tree
- ○ Utility pole/light support
- ○ Other fixed object
- ○ Sign Post
- ○ Signal standard

**Non-Fixed Object:**
- ○ Building/Other Structure
- ○ Maint. Equip. - Not Moving
- ○ Maint. Equip. - Moving
- ○ Other non-fixed object

## G22. Crash Location
- ● Roadway
- ○ Off-Roadway
- ○ Median
- ○ Roadside
- ○ Shoulder
- ○ Parking Lot
- ○ Gore

## G23. Intersection Type
- ● None
- ○ Four-way inter
- ○ T - Intersection
- ○ Crossover
- ○ Driveway
- ○ Five-point or more
- ○ Off Ramp
- ○ On Ramp
- ○ Path/Trail
- ○ RR Xing
- ○ Traffic Circle/Round
- ○ Y - Intersection

## G24. Roadway System
- ○ City Street
- ○ State Highway
- ○ U.S. Highway
- ○ County Road
- ○ Parking Lot/Private Drive
- ● Interstate
- ○ Off Road
- ○ State Park

**G25. Light Condition:** ● Daylight  ○ Dark-Lit  ○ Dark-Unlit  ○ Dawn  ○ Dusk
**G26. Road Condition:** ● Dry  ○ Wet  ○ Water  ○ Sand/Mud/Dirt/Oil/Gravel  ○ Ice  ○ Slush  ○ Snow
**G27. Weather Condition (2):** ☒ Clear  ☐ Blown Debris  ☐ Rain  ☐ Fog/Smog/Smoke  ☐ Cloudy  ☐ Sleet/Hail  ☐ High winds  ☐ Snow
**G28. Workzone Relationship:** ● Not Workzone Related  ○ Within Construction Zone  ○ Advance Warning Area
**G29. Workzone Type (2):** ☒ None  ☐ Intermittent or Moving Work  ☐ Lane Closure  ☐ Lane Shift/Crossover  ☐ Shoulder/Median Work  ☐ Utility

## WITNESS(ES)

**G30. First Name:** SIERRA  **M:**  **Last Name:** SESSIONS
**G31. Address:**
**G32. Phone Number:** 6015027157
**G33. City:**  **G34. State:** MS  **G35. Zip Code:**
**G36. Sex:** ○ M  ● F  **G37. Age:**

**G38. First Name:** SHANNON  **M:**  **Last Name:** PORTER
**G39. Address:**
**G40. Phone Number:** 6018262316
**G41. City:**  **G42. State:** MS  **G43. Zip Code:**
**G44. Sex:** ○ M  ● F  **G45. Age:**

**G46. Badge Number:** 1522
**G47. Investigating Officer Name (Please Print):** Arthur Kendrick
**G48. Officer Signature:** *Arthur Kendrick*

**G49. Reviewing Badge Number:** 189
**G50. Reviewing Officer Initials:** JC
**G51. Photos Taken:** ● Y  ○ N
**G52. Photographer and Badge #:** C. TAYLOR # 562

Exhibit B



**MUCR Diagram/Narrative**
Agency Number: 2504 — Agency Case Number: 20110004631 — Page 02 of 06

**N1. Collision Diagram**

I-220 — NTS — Hwy 80 — McCain Over-Pass — Final Rest — Ejected Occupant — V1 — Roll-Over

**N2. Collision Narrative**

V1 WAS TRAVELING NORTH ON I-220 IN THE OUTSIDE LANE, NORTH OF HWY 80 AND SOUTH OF MCCAIN BRIDGE OVER-PASS. WHILE CONTINUING NORTH, V1 DRIVER (TANJA WELLS) STATED THE LEFT REAR TIRE BLEW OUT CAUSING HER TO LOSE CONTROL OF THE VEHICLE.

ACCORDING TO THE EVIDENCE, IT APPEARS AS IF V1 LEFT THE ROADWAY TO THE RIGHT ONTO THE SHOULDER AND STEERED LEFT REENTERING THE INTERSTATE BEFORE ROLLING OVER AND COMING TO FINAL REST IN A SOUTH WESTERN DIRECTION IN THE MEDIAN UP AGAINST THE CABLES SEPARATING THE NORTH AND SOUTHBOUND LANES.

DURING THE ROLL-OVER OF V1, AN 8-MONTH OLD OCCUPANT (TRINITY WELLS) WAS EJECTED FROM THE VEHICLE. THE CORONER ARRIVED ON SCENE AND PRONOUNCED TRINITY WELLS DEAD.

AMR AND THE FIRE DEPARTMENT WERE ON SCENE TO RENDER MEDICAL HELP TO THE OTHER INJURED PARTIES.

THERE IS NO FURTHER INFORMATION.

## MUCR Person/Occupant

- V0. Veh. #: 01
- P0. Person #: 01
- Agency Number: 2504
- Agency Case Number: 20110004631
- Page: 03 of 06

**P1. Person Type:** ● Driver  ○ Pedestrian  ○ Bicyclist  ○ Skater  ○ Other non-motorist  ○ Train Engineer  ○ Hit and Run Driver  ○ LE

**P2. Driver License#:** 800285093
**P3. State:** MS
**P4. License Class:** Regular Operator ●  Motorcycle ○  Class D (MS only) ○
**CDL Class:** A ○  B ○  C ○

**P5. DOB:** 12/19/1980
**P6. First Name:** TANJA
**MI:**
**Last Name:** WELLS

**P7. Address:** 3910 OLD BRANDON ROAD # K-77
**P8. Phone Number:**

**P12. CL Status:** ● Valid  ○ Suspended - DUI  ○ No License  ○ Learner Permit  ○ Expired  ○ Improper DL  ○ Suspended  ○ Other

**P9. City:** PEARL
**P10. State:** MS
**P11. Zip Code:** 39208

**P13. Cited:** ○ Y  ○ N  ● P
**P14. Offense 1:**
**P15. Offense 2:**

**P16. Transport:** ○ Not Transported  ● EMS  ○ Police  ○ Private Vehicle  ○ Hearse
**P17. EMS Agency Code:** 0175
**P18. Medical Facility Code:** 0199

**P19. Condition:**
○ No Defects Apparent
● Unknown
○ Hit and Run
○ Drinking - Not impaired
○ Drinking - Impaired
○ Fell Asleep/Fainted/Fatigue
○ Obviously Intoxicated
○ Physical Impairment
○ Affected by Exhaust Fumes
○ Using Drugs - Impaired
○ Using Drugs - Not impaired
○ Pending Lab Results

**P20. Non-Motorist Action:**
○ Unknown
○ Entering/Crossing Roadway
○ Walking/running/playing/cycling
○ Working
○ Pushing vehicle
○ Approaching/leaving vehicle
○ Playing/working on vehicle
○ Standing

**P21. Contributing Circumstance:**
☐ No Apparent Improper Driving
☐ Failed to Yield Right of Way
☐ Following Too Closely
☐ Speed Too Fast For Conditions
☐ Driving Under The Influence
☐ Animal on Roadway
☐ Faulty Equipment
☐ Exceeded Lawful Speed
☐ Improper Passing/Overtaking
☐ Made Improper Turn
☐ Left of Center
☐ Failure to keep proper lane/Run off road
☐ Avoidance
☐ Drove on Wrong Side of Road
☐ Fatigued/Asleep
☐ Illegally Crossing Median
☐ Improper Lane Change
☐ Lying and/or illegally in roadway
☐ Not Visible (Dark Clothing)
☐ Operating Defective Equipment
☐ Passed Stop Sign
☐ Pedestrian Actions
☐ Ran Red Light
☐ Roadway Defects
☐ Visibility Obstructed
☐ Improper Backing
☒ See Crash Description

**P22. Safety Equip. (2):** ☒ Shoulder & Lap Belt  ☐ None  ☐ Lap Belt  ☐ Automated Restraint  ☐ Shoulder Belt  ☐ Child Safety Seat  ☐ Helmet

**P23. Injury Type:** ○ None  ○ Complaint of Pain  ○ Moderate  ● Life Threatening  ○ Killed

**P24. Ejection:** ● Not  ○ Partially  ○ Totally

**P25. Extricated:** ● N  ○ Y

**P26. Sex:** ○ M  ● F

**P27. Race:** ○ White  ● Black  ○ Hispanic  ○ Other

**P28. Position:** ● Left  ○ Center  ○ Right

**P29. Airbag:** ● Deployed - Front  ○ Deployed - Side  ○ Deployed - Both  ○ Not Deployed  ○ No Airbag

**P30. Alcohol Test Type:** ● None  ○ Blood  ○ Breath  ○ Serum  ○ Urine

**P31. Status:** ● None given  ○ Test refused  ○ Test given  ○ Test given, pending

**P32. Result:**

**P33. Drug Test Type:** ● None  ○ Blood  ○ Serum  ○ Urine

**P34. Status:** ● None given  ○ Test refused  ○ Test given, pending  ○ Test given

**P35. Cell:** Cellular Phone in Use?  ○ Y  ● N

---

## Occupant

- 00. Vehicle #: 01
- 01. First Name: TANGALA
- M:
- Last Name: WELLS
- 02. Address: Same as Person # 01
- 03. Address: 3910 OLD BRANDON ROAD # K-77
- 04. City: PEARL
- 05. State: MS
- Unborn Child ☐

**06. Position:** ○ Front-Driver  ○ Front-Middle  ● Front-right  ○ 2nd-left  ○ 2nd-middle  ○ 2nd-right  ○ 3rd-left  ○ 3rd-middle  ○ 3rd-right  ○ Sleeper of Truck Cab  ○ Encl. Pass./Cargo Area  ○ Unencl. Pass./Cargo Area  ○ Riding on Exterior  ○ Towed Vhcl./Trailer

**07. Safety Equip. (2):** ☒ Shoulder and Lap Belt  ☐ None  ☐ Lap Belt  ☐ Automated Restraint  ☐ Shoulder Belt  ☐ Child Safety Seat  ☐ Helmet

**08. Sex:** ○ M  ● F
**09. Race:** ○ White  ● Black  ○ Hispanic  ○ Other
**010. Age:** 10
**011. Extricated:** ○ M ○ N ○ Y (N marked)
**012. Ejection:** ● Not  ○ Partially  ○ Totally
**013. Injury Type:** ○ None  ○ Life Threatening  ○ Complaint of Pain  ● Moderate  ○ Killed
**014. Airbag:** ● Deployed - Front  ○ Deployed - Side  ○ Deployed - Both  ○ Not Deployed  ○ No Airbag

**015. Transport:** ○ Not Transported  ● EMS  ○ Police  ○ Private Vehicle  ○ Hearse
**016. EMS Agency Code:** 0175
**017. Medical Facility Code:** 0240

---

## Occupant

- 00. Vehicle #: 01
- 01. First Name: KENDRIA
- M:
- Last Name: WELLS
- 02. Address: Same as Person #
- 03. Address:
- 04. City:
- 05. State: MS
- Unborn Child ☐

**06. Position:** ○ Front-Driver  ○ Front-Middle  ○ Front-right  ● 2nd-left  ○ 2nd-middle  ○ 2nd-right  ○ 3rd-left  ○ 3rd-middle  ○ 3rd-right  ○ Sleeper of Truck Cab  ○ Encl. Pass./Cargo Area  ○ Unencl. Pass./Cargo Area  ○ Riding on Exterior  ○ Towed Vhcl./Trailer

**07. Safety Equip. (2):** ☐ Shoulder and Lap Belt  ☐ None  ☐ Lap Belt  ☐ Automated Restraint  ☐ Shoulder Belt  ☒ Child Safety Seat  ☐ Helmet

**08. Sex:** ○ M  ● F
**09. Race:** ○ White  ● Black  ○ Hispanic  ○ Other
**010. Age:** 02
**011. Extricated:** ○ M ○ N ○ Y (N marked)
**012. Ejection:** ● Not  ○ Partially  ○ Totally
**013. Injury Type:** ○ None  ○ Life Threatening  ○ Complaint of Pain  ○ Moderate  ● Killed
**014. Airbag:** ○ Deployed - Front  ○ Deployed - Side  ○ Deployed - Both  ○ Not Deployed  ● No Airbag

**015. Transport:** ○ Not Transported  ● EMS  ○ Police  ○ Private Vehicle  ○ Hearse
**016. EMS Agency Code:** 0175
**017. Medical Facility Code:** 0199

**MUCR Vehicle**

- V0. Vehicle: 01
- V1. Total Occupants: 11
- Agency Number: 2504
- Agency Case Number: 20110004631
- Page: 04 of 06

## Vehicle Information

- V. VIN: 3GNFK16T21G153561
- V2. State: MS
- V3. Year: 2011
- V4. License Plate Number: REX 729
- V9. Damage: H● L○ N○
- V5. Make: CHEVROLET
- V6. Model Year: 2001
- V10. Speed Zone: 70
- V7. Vehicle Model: SUBURBAN
- V8. Vehicle Color: (blank)
- V11. Est. Speed: (blank)
- V17. No Proof of Insurance: ☒

## Owner Information

- Same as Driver: ☒
- V12. Owner Name: TANJA WELLS
- V13. Address: 3910 OLD BRANDON ROAD # K-77
- V14. City: PEARL
- V15. State: MS
- V16. Zip Code: 39208
- V18. Insurance Company Name: (blank)
- V19. Policy Number: (blank)

### V20. Sequence of Events

**Collision w/ Person, Vehicle/Non-fixed Object** (1,2,3,4):
- Animal
- Bicyclist
- Maintenance Equip.
- Moving Vehicle
- Parked Vehicle
- Pedestrian
- Train
- Slowing Vehicle
- Stopped Vehicle in Road
- Other Moveable Object

**Non-Collision** (1,2,3,4):
- Cargo Loss/Shift
- Crossover
- Equipment Failure — #1 selected
- Fell/Jump from Vehicle
- Fire/Explosion
- Immersion
- Jackknife
- Median/Centerline
- Thrown/Falling Object
- Off roadway/Left
- Off roadway/Right — #2 selected
- Overturn/Rollover — #3 selected
- Unit Separation
- Over Correcting/Steering — #3 selected
- Downhill runaway

**Collision w/ Fixed Object** (1,2,3,4):
- Attenuator/Cushion
- Bridge Structure
- Culvert
- Curb
- Ditch
- Embankment
- Fence
- Guardrail
- Mailbox
- Median Barrier
- Post/Pole/Support
- Tree
- Other Fixed Object

V20a. State Property: (blank)

### Vehicle Damaged/Destroyed
- State Property? ○ Y  ● N

**State Property Damaged (Select all that apply):**
- ☐ Signage
- ☐ Cable Barrier
- ☐ Signals
- ☐ Concrete Barrier
- ☐ Lighting
- ☐ Other Concrete Structure
- ☐ Guardrail
- ☐ Other (See Narrative)

### V21. Vehicle Action
- ● Going Straight
- ○ Avoidance
- ○ Making Left Turn
- ○ Lane Change
- ○ Stopped
- ○ Leaving Parking
- ○ Slow/Stop in Road
- ○ Overtaking/Passing
- ○ Parked
- ○ Parking Position
- ○ Backing
- ○ Making U Turn
- ○ Making Right Turn
- ○ In Tow

### V22. Vehicle Type
- ○ Passenger Car
- ○ Bus
- ○ Pickup Truck
- ○ Truck/Tractor/Trailer(s)
- ● SUV
- ○ Farm Tractor
- ○ Van/Stationwagon
- ○ Farm Equipment
- ○ PvtVeh Towing Trailer
- ○ Emergency Vehicle
- ○ Motorcycle
- ○ Other
- ○ RV
- ○ Unknown Truck
- ○ ATV
- ○ Train

V22a. Hazmat Placard/Cargo?  ○ Yes  ● No

### V22a. Bus Use
- ○ School (Public/Private)
- ○ Charter
- ○ Transit
- ○ Intercity
- ○ Other

### V23. Point of Contact
(diagram of vehicle with points — Overturn selected)
- ○ Under
- ● Overturn
- ○ None
- ○ Other

### V24. Direction of Travel
(compass diagram, N selected)

### V25. Blockage Type
- ● None
- ○ Right only
- ○ Left Only
- ○ Both Sides
- ○ Separate
- ○ Signed

### V26. Traffic Control Device
- ○ Channel-Painted
- ○ Officer
- ○ Channel-Physical
- ○ RR Flashing Signal
- ○ Flag Person
- ○ RR Signal & Gate
- ○ Flashing Signal (Red)
- ○ Signal
- ○ Flashing Signal (Yellow)
- ○ Stop Sign
- ○ No Passing
- ○ Railroad Sign
- ● None
- ○ Yield Sign

V27. Device Functioning?  ○ Yes  ○ No

### V28. Road Character
- ● Straight/Level
- ○ Bridge
- ○ Intersect two roads
- ○ Private Drive
- ○ Straight/Grade
- ○ Curve/Hillcrest
- ○ Curve/Level
- ○ Crossover
- ○ Straight/Hillcrest
- ○ Begin/End Divided Road
- ○ Curve/Grade
- ○ One-Way

### V29. Road Design
- ● 2 Lane
- ○ 3 Lane
- ○ 4+ Lane
- ○ Frontage/Ramp
- ○ Parking Lot
- ○ One Way
- ○ 1 Lane
- ○ Unpaved

V30. Divided?  ○ Yes  ○ No
V31. Center Turn Lane?  ○ Yes  ○ No

### V32. Road Surface Type
- ● Asphalt
- ○ Concrete
- ○ Dirt
- ○ Gravel
- ○ Other – See Narrative

V33. Towed?  ● Yes  ○ No
V33a. Due to Disabling Damage?:  ● Yes  ○ No
V34. Authority:  ○ Owner  ● Police  ○ Other
V35. Towed By: PEARL AUTOMOTIVE

## Commercial Vehicle

- C1. Carrier ID Number: (blank)
- C2. Authority:  ○ US DOT  ○ State  ○ Mexico  ○ MC  ○ Canada
- C3. Carrier Name: (blank)
- C4. Carrier Address: (blank)
- C5. City: (blank)
- C6. State: (blank)
- C7. Zip Code: (blank)
- C8. GWR/GCWR:
  - ○ 10,000 lbs or less
  - ○ 10,001 lbs to 26,000 lbs
  - ○ Greater than 26,000 lbs
- C9. Cargo Body Type:
  - ○ Auto transporter
  - ○ Bus (seats 9-15 incl. driver)
  - ○ Bus (seats 16 or >, incl. driver)
  - ○ Vehicle Towing Motor Vehicle
  - ○ Van/enclosed box
  - ○ Grain/chips/gravel
  - ○ Cargo tank
  - ○ Flatbed
  - ○ Garbage/refuse
  - ○ Intermodal
  - ○ Concrete Mixer
  - ○ Pole
  - ○ Log
  - ○ Dump
  - ○ Other
  - ○ None
- C10. Commodity Hauled: (blank)
- C11. Placard ID: (blank)
- C12. HAZMAT Released:  ○ Yes  ○ No
- C13. Vehicle Configuration:
  - ○ Passenger Car (only if has HM Placard)
  - ○ Light Truck (only if has HM Placard)
  - ○ Bus (seats 9-15 incl. driver)
  - ○ Bus (seats 16 or more, incl. driver)
  - ○ Single-Unit Truck (2 axles, 6 tires)
  - ○ Single-Unit Truck (3 or more axles)
  - ○ Truck/Trailer(s) (Single-Unit Truck with Trailer(s))
  - ○ Truck/Tractor (Bobtail)
  - ○ Truck/Semi-Trailer (one trailer)
  - ○ Tractor/Doubles (two trailers)
  - ○ Tractor/Triples (three trailers)
  - ○ Other Heavy Truck (> 10,000 lbs)
- C14. Carrier Types:
  - ○ Intrastate
  - ○ Interstate
  - ○ Not in Commerce - Other Truck or Bus
  - ○ Not in Commerce - Government
  - ○ Other Operations/Not Specified

**MUCR — Additional Occupants**

Agency Number: 2504
Agency Case Number: 20110004631
Page 05 of 06

## Occupant 1

- 00. Vehicle #: 01
- 01. First Name: TRINITY
- Last Name: WELLS
- 02. Address Same as Person #: 01
- 03. Address: 3910 OLD BRANDON ROAD # K-77
- 04. City: PEARL
- 05. State: MS
- Unborn Child: ☐
- Sex: F
- Race: Black
- 010. Age: 08
- Extricated: N
- Ejection: N
- Injury Type: Totally
- Position: 2nd-middle
- Safety Equip.: Child Safety Seat
- Airbag: No Airbag
- 015. Transport: Hearse
- 016. EMS Agency Code: (blank)
- 017. Medical Facility Code: 1000

## Occupant 2

- 00. Vehicle #: 01
- 01. First Name: DEJUAN
- Last Name: WELLS
- 04. City: (blank)
- 05. State: MS
- Sex: M
- Race: Black
- 010. Age: 13
- Extricated: N
- Ejection: N
- Injury Type: Not
- Position: 2nd-right
- Safety Equip.: None
- Airbag: No Airbag
- 015. Transport: EMS
- 016. EMS Agency Code: 0175
- 017. Medical Facility Code: 0199

## Occupant 3

- 00. Vehicle #: 01
- 01. First Name: CALESIA
- Last Name: WELLS
- 05. State: MS
- Sex: F
- Race: Black
- 010. Age: 01
- Extricated: N
- Ejection: N
- Injury Type: Not
- Position: 3rd-left
- Safety Equip.: None
- Airbag: No Airbag
- 015. Transport: EMS
- 016. EMS Agency Code: 0175
- 017. Medical Facility Code: 0199

## Occupant 4

- 00. Vehicle #: 01
- 01. First Name: RAYKHIA
- Last Name: NICHOLS
- 05. State: (blank)
- Sex: F
- Race: Black
- 010. Age: 05
- Extricated: N
- Ejection: N
- Injury Type: Not
- Position: 3rd-middle
- Safety Equip.: None
- Airbag: No Airbag
- 015. Transport: EMS
- 016. EMS Agency Code: 0175
- 017. Medical Facility Code: 0199

**MUCR Additional Occupants**

Agency Number: 2504 — Agency Case Number: 20110004631   Page 06 of 06

### Occupant

- 00. Vehicle #: 01
- 01. First Name: RAYUNNA
- Last Name: NICHOLS
- 05. State: MS
- Sex: F
- Race: Black
- 010. Age: 03
- 011. Extricated: N
- 012. Ejection: Not
- 013. Injury Type: Life Threatening
- 014. Airbag: No Airbag
- 07. Safety Equip.: None
- 015. Xport: EMS
- 016. EMS Agency Code: 0175
- 017. Medical Facility Code: 0199
- Position: 3rd-middle

### Occupant

- 00. Vehicle #: 01
- 01. First Name: KESHUNTI
- Last Name: NICHOLS
- Sex: F
- Race: Black
- 010. Age: 08
- 011. Extricated: N
- 012. Ejection: Not
- 013. Injury Type: Moderate
- 014. Airbag: No Airbag
- 07. Safety Equip.: None
- 015. Xport: EMS
- 016. EMS Agency Code: 0175
- 017. Medical Facility Code: 0240
- Position: 3rd-right

### Occupant

- 00. Vehicle #: 01
- 01. First Name: DEJUONTA
- Last Name: WELLS
- 05. State: MS
- Sex: M
- Race: Black
- 010. Age: 10
- 011. Extricated: N
- 012. Ejection: Not
- 013. Injury Type: Moderate
- 014. Airbag: No Airbag
- 07. Safety Equip.: None
- 015. Xport: EMS
- 016. EMS Agency Code: 0175
- 017. Medical Facility Code: 0199
- Position: 2nd-left (Encl. Pass./Cargo Area)

### Occupant

- 00. Vehicle #: 01
- 01. First Name: JACOBI
- Last Name: WELLS
- 02. Address Same as Person #: 01
- 03. Address: 3910 OLD BRANDON ROAD # K-77
- 04. City: PEARL
- 05. State: MS
- Sex: M
- Race: Black
- 010. Age: 12
- 011. Extricated: N
- 012. Ejection: Not
- 013. Injury Type: Moderate
- 014. Airbag: No Airbag
- 07. Safety Equip.: None
- 015. Xport: EMS
- 016. EMS Agency Code: 0175
- 017. Medical Facility Code: 0199
- Position: 2nd-left (Encl. Pass./Cargo Area)